**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00848-REB-CBS

CONVERDYN,

    Plaintiff,

v.

HEATHGATE RESOURCES PTY, LTD,
GENERAL ATOMIC TECHNOLOGIES CORPORATION, and
NUCLEAR FUELS CORPORATION,

    Defendants.

## MINUTE ORDER

    On June 19, 2006, the Defendants filed a Motion for Leave to File Oversized Brief, [#27]. After review by the court, the Defendants Motion for Leave to File Oversized Brief, [#27] filed June 19, 2006, **is GRANTED**. The Defendants' Motion to Dismiss shall not exceed 22 pages.

Dated:   June 21, 2006

    This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.