IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00848-REB-CBS

CONVERDYN,

    Plaintiff,

v.

JAMES NEAL BLUE,
HEATHGATE RESOURCES PTY, LTD,
GENERAL ATOMIC TECHNOLOGIES CORPORATION, and
NUCLEAR FUELS CORPORATION,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants Motion to Stay Discovery Pending Disposition of Defendants' Motion to Dismiss (*doc. no. 64)* is **GRANTED**. The court will stay discovery up to and including September 22, 2006. Pending completion of the September 22, 2006, scheduling conference the court will consider motions for extension of the stay.

**DATED:**     September 13, 2006