**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00848-REB-CBS

CONVERDYN,

     Plaintiff,

v.

HEATHGATE RESOURCES PTY, LTD,
GENERAL ATOMIC TECHNOLOGIES CORPORATION, and
NUCLEAR FUELS CORPORATION,

     Defendants.

---

**MINUTE ORDER[1]**

---

Plaintiff's Unopposed Motion for Leave to File Oversized Responses [#80], filed September 29, 2006, is GRANTED.  The responses shall not exceed the length of the motion to which the response is addressed.

Dated:  October 2, 2006

----------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.