**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00848-REB-CBS

CONVERDYN,

      Plaintiff,

v.

HEATHGATE RESOURCES PTY, LTD,
GENERAL ATOMIC TECHNOLOGIES CORPORATION, and
NUCLEAR FUELS CORPORATION,

      Defendants.

---

**MINUTE ORDER**[1]

---

      Plaintiff's Unopposed Motion to Reconsider Leave to File Oversized Responses [#84], filed October 3, 2006, is DENIED, and documents #85 and #86 are STRICKEN. On or before **October 10, 2006**, the plaintiff may file re-formatted responses to the defendants' motion to dismiss in compliance with the page limitations stated in the court's order [#82], filed October 2, 2006.

Dated:  October 4, 2006

----------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.