# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:**   06-cv-00848-REB-CBS | **FTR** - Reporter Deck, Crtrm A-501 |
| **Date:** October 26, 2006 | Courtroom Deputy,  Ellen E. Miller |

| | |
|---|---|
| CONVERDYN, | Frances A. Koncilja   (by telephone) |
| | Brian W. Lewis      (by telephone) |
| **Plaintiff(s),** | |
| v. | |
| HEATHGATE RESOURCES PTY., LTD., | Scott S. Barker    (by telephone) |
| GENERAL ATOMIC TECHNOLOGIES | Jonathan S. Bender   (by telephone) |
| CORPORATION, | |
| NUCLEAR FUELS CORPORATION, and | |
| JAMESNEAL BLUE, | Jason Halper   (by telephone) |
| **Defendant(s)** | |

## COURTROOM   MINUTES  /  MINUTE  ORDER

**HEARING:**    **TELEPHONIC  MOTIONS  HEARING**
**Court in Session:**   2:05  p.m.
Court calls case.  Telephonic appearance of counsel.  This conference is held in Courtroom A-501.

Discussion is held regarding the pending motions.

**It is ORDERED:**   Defendants' MOTION IN SUPPORT OF ATTORNEYS' EYES ONLY PROVISION IN PROTECTIVE ORDER (Docket No. **72,** Filed September 18, 2006) is **DENIED AS MOOT** for the reasons set forth on the record.

**It is ORDERED:**   Plaintiff's MOTION FOR ORDER SETTING SETTLEMENT CONFERENCE AND FOR LEAVE TO FILE AMENDED CONFIDENTIAL SETTLEMENT STATEMENTS (Docket No. **94,** Filed October 18, 2006) is **GRANTED IN PART AND DENIED IN PART** for the reasons set forth on the record.

*06-cv-00848-REB-CBS*
*Motions Hearing*
*October 26, 2006*

**It is ORDERED:**   The parties shall have to and including **NOVEMBER 03, 2006** within which to submit Updated Confidential Settlement Statements.

Each party shall submit a thorough and comprehensive Updated Confidential Settlement Statement to Magistrate Judge Shaffer outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

The Updated Settlement Statements (12 pages or less) shall be sent via e-mail in a PDF format to **Shaffer_Chambers@cod.uscourts.gov**   ALL additional settlement material (*i.e.* deposition transcripts, documents) shall be submitted to the court as hard copies. Counsel shall indicate in their e-mail if they are submitting additional information for the Court to read.
Any additional material shall be delivered to the Office of the Clerk of the Court in an envelope marked "PERSONAL   PER   MAGISTRATE   JUDGE   SHAFFER'S INSTRUCTIONS"

The Court will assess the parties respective settlement positions and determine whether or not a Settlement Conference might be beneficial. The Court will set a Settlement Conference by Minute Order if it deems one would be productive.

HEARING CONCLUDES.

**Court in recess:**   2:15 p.m.
Total In-Court Time:   00:10