IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00848-REB-CBS

CONVERDYN,

    Plaintiff,

v.

JAMES NEAL BLUE,
HEATHGATE RESOURCES PTY, LTD,
GENERAL ATOMIC TECHNOLOGIES CORPORATION, and
NUCLEAR FUELS CORPORATION,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that parties' Stipulated Motion to Withdraw Objection to Motion for Leave to File a Second Amended Complaint and Jury Demand and for Order Setting a Schedule for Filing Motions to Dismiss, Responses and Replies (*doc. no. 119*) is **GRANTED**.

    IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to File a Second Amended Complaint and Jury Demand (*doc. no. 112*) is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing, Plaintiff's Second Amended Complaint and Jury Demand (*doc no. 112-2*) tendered to the court on December 28, 2006.

    Defendants have up to and including **March 2, 2007,** to file their motion to dismiss the second amended complaint. The deadline for a response is no later than **April 5, 2007**, and the deadline for any replies is on or before **April 30, 2007**.

    IT IS FURTHER ORDERED that the hearing set for March 23, 2007, is **VACATED**.

**DATED:**    January 22, 2007