**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  06-cv-00848-REB-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date: February 8, 2007** | **Courtroom Deputy:**  Ben Van Dyke |

| | |
|---|---|
| CONVERDYN, | Frances A. Koncilja, via telephone |
| | Melanie J. Snyder, via telephone |
| **Plaintiff,** | Paul T. Olszowka, via telephone |
| v. | |
| HEATHGATE RESOURCES PTY., LTD., *et al.*, | Scott S. Barker, via telephone |
| | Jonathan S. Bender, via telephone |
| | Jason Halper, via telephone |
| **Defendants.** | Gregory Markel, via telephone |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTIONS HEARING**
**Court in Session:       10:05 a.m.**
Court calls case.  Appearances of counsel.

Counsel discuss the Stipulated Motion for Order Vacating Order Staying Depositions, Modifying Scheduling Order Dates, and Setting New Trial Date [January 30, 2007; doc. 124] with the Court.

**ORDERED:   The Stipulated Motion for Order Vacating Order Staying Depositions, Modifying Scheduling Order Dates, and Setting New Trial Date [filed January 30, 2007; doc. 124] is granted in part and denied in part for the reasons stated on the record.  The order staying depositions is vacated.  The request to set a new trial date is denied, and the scheduling order dates are modified as follows:**

| | |
|---|---|
| **Discovery deadline:** | **October 15, 2007.** |
| **Dispositive motions deadline:** | **November 1, 2007.** |
| **Plaintiff's expert designations:** | **July 1, 2007.** |
| **Defendants' expert designations:** | **August 10, 2007.** |
| **Plaintiff's rebuttal designations:** | **September 21, 2007.** |

**ORDERED:** **The final pretrial conference set for October 16, 2007 is vacated and reset to November 8, 2007 at 10:00 a.m. The proposed final pretrial order is due five (5) days prior to the hearing.**

HEARING CONCLUDED.

**Court in Recess**:   **10:28 a.m.**
Total In-Court Time:   00:23