**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00848-REB-CBS

CONVERDYN,

    Plaintiff,

v.

HEATHGATE RESOURCES PTY, LTD,
GENERAL ATOMIC TECHNOLOGIES CORPORATION, and
NUCLEAR FUELS CORPORATION,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter before the court is **Defendants' Unopposed Motion for Leave to File Oversized Brief** [#128], filed February 19, 2007.  Said motion is **GRANTED** in part.  Defendants may file jointly one motion to dismiss not exceeding 45 pages.  The plaintiff's response to the joint motion to dismiss shall not exceed 45 pages.  The motion is otherwise **DENIED**.

Dated:  February 21, 2007
-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.