**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00848-REB-CBS

CONVERDYN,

    Plaintiff,

v.

HEATHGATE RESOURCES PTY, LTD,
GENERAL ATOMIC TECHNOLOGIES CORPORATION, and
NUCLEAR FUELS CORPORATION,

    Defendants.

---

## MINUTE ORDER[1]

    The matter before the court is **Plaintiff's Unopposed Motion for Leave to File Oversized Response to Defendants James Neal Blue's, Heathgate Resources Pty Ltd's, General Atomic Technologies Corporation's, and Nuclear Fuels Corporation's Combined Motion and Brief in Support of Motion to Dismiss Plaintiff's Second Amended Complaint** [#132], filed March 16, 2007.  Said motion is **GRANTED** and response to the motion to dismiss plaintiff's second amended complaint shall not exceed **45** pages.

Dated:  March 19, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.