**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00848-REB-CBS

CONVERDYN,

    Plaintiff,

v.

HEATHGATE RESOURCES PTY, LTD,
GENERAL ATOMIC TECHNOLOGIES CORPORATION, and
NUCLEAR FUELS CORPORATION,

    Defendants.

## ORDER

**Blackburn, J.**

The matter comes before me on the **Stipulation of Partial Dismissal Pursuant To Rules 41(a)(1)(ii) and 15(a)** [#177], filed June 25, 2007. After careful review of the stipulation and the file, the court concludes that the stipulation should be approved and that the plaintiff's Sixth Claim for Relief in the Second Amended Complaint should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Partial Dismissal Pursuant To Rules 41(a)(1)(ii) and 15(a)** [#177], filed June 25, 2007, is **APPROVED**; and

2. That plaintiff's Six Claim for Relief in the Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

Dated June 25, 2007, at Denver, Colorado.

                        **BY THE COURT:**

                        **s/ Robert E. Blackburn**
                        **Robert E. Blackburn
                        United States District Judge**