**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-00848-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: June 25, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| CONVERDYN, | Frances A. Koncilja |
| | Melanie J. Snyder |
| | Zeb G. Schorr |
| | Jeffrey A. Koppy |
| **Plaintiff,** | |
| v. | |
| HEATHGATE RESOURCES PTY., LTD., *et al.*, | Scott S. Barker |
| | Daniel Harpole |
| | Gregory Ballard |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTIONS HEARING**
**Court in Session:** 11:00 a.m.
Court calls case. Appearances of counsel.

**ORDERED: Plaintiff's Stipulated Motion to Seal [filed June 18, 2007; doc. 168] is granted.**

**ORDERED: Defendants' Unopposed Motion to Seal Objections to Plaintiff's Motion to Compel Production and Attached Exhibits [filed June 21, 2007; doc. 171] is granted.**

**Court goes off the record:** 11:54 a.m.

**Court goes back on the record:** 1:40 p.m.

**ORDERED: Plaintiff's Motion to Compel Production of Documents [filed June 18, 2007; doc. 170] is granted in part and denied in part for the reasons stated on the record. Plaintiff shall provide a letter to defendants by noon on June 26, 2007 outlining the priority by which it would like to receive the documents ordered produced. Defendants shall complete production of all documents ordered produced on the record by July 10, 2007.**

**ORDERED:** The Agreed Motion to Amend Expert Discovery Schedule [filed June 25, 2007; doc. 175] is granted for the reasons stated on the record. Plaintiff shall designate experts by August 1, 2007, and defendants shall designate experts by September 15, 2007. Plaintiff's rebuttal report deadline is reset to October 15, 2007. Defendants may depose plaintiff's rebuttal experts after the discovery cutoff.

HEARING CONCLUDED.

**Court in Recess:**     3:00 p.m.
Total In-Court Time:     02:14