**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00848-REB-CBS

CONVERDYN,

     Plaintiff,

v.

HEATHGATE RESOURCES PTY, LTD,
GENERAL ATOMIC TECHNOLOGIES CORPORATION, and
NUCLEAR FUELS CORPORATION,

     Defendants.

**MINUTE ORDER[1]**

     The matter comes before the court on **Defendant James Neal Blue's Unopposed Motion for Leave to File an Oversized Brief** [#103], filed October 30, 2006.  The motion is **DENIED** as moot.

     Dated:  July 10, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.