IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00848-REB-CBS

CONVERDYN,

    Plaintiff,

v.

JAMES NEAL BLUE,
HEATHGATE RESOURCES PTY, LTD,
GENERAL ATOMIC TECHNOLOGIES CORPORATION, and
NUCLEAR FUELS CORPORATION,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that parties' Joint Motion for Extension of Certain Discovery Deadlines (*doc. no. 191)* is **GRANTED**.  The scheduling order is modified as follows:

1. Discovery deadline is extended to **October 24, 2007**; and
2. Rule 26(a)(2) REBUTTAL expert disclosures are due no later than **October 26, 2007**.

*All deadlines previously set by this Court, not modified herein, remain in effect.*

    IT IS FURTHER ORDERED that Plaintiff's Unopposed Motion to Extend the Terms and Conditions of the Protective Order to Documents Produced By Dominion (*doc. no. 190)* is **GRANTED**. The parties shall maintain the documents produced by Dominion in this matter according to the terms and conditions of this Court's October 12, 2006 Protective Order.

**DATED:**    October 9, 2007