# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 06-cv-00848-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: November 28, 2007 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| CONVERDYN, | Frances A. Koncilja |
| | Michael A. Doornweerd |
| **Plaintiff,** | |
| v. | |
| HEATHGATE RESOURCES PTY., LTD., *et al.*, | Holly Stein Sollod |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 3:27 p.m.
Court calls case. Appearances of counsel.

Counsel present arguments regarding Plaintiff's Motion to Compel Production of Documents [filed November 13, 2007; doc. 211].

**ORDERED:** Defendants' counsel shall make the inquiries set forth by the court on the record.

**ORDERED:** Plaintiff's Motion to Compel Production of Documents [filed November 13, 2007; doc. 211] is denied without prejudice for the reasons stated on the record.

**ORDERED:** Plaintiff's Unopposed Motion to Seal its Combined Motion and Brief in Support of Motion for Leave to Amend Complaint to Add Claims for Exemplary Damages and Exhibits Thereto [filed November 16, 2007; doc. 229] is granted for the reasons stated on the record.

**ORDERED:** The Joint Motion to Seal [filed November 21, 2007; doc. 234] is granted for the reasons stated on the record.

HEARING CONCLUDED.

**Court in Recess**: 4:44 p.m.    Total In-Court Time: 01:17