IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00848-REB-CBS

CONVERDYN,

        Plaintiff,

v.

JAMES NEAL BLUE,
HEATHGATE RESOURCES PTY., LTD.,
GENERAL ATOMIC TECHNOLOGIES CORPORATION, and
NUCLEAR FUELS CORPORATION,

        Defendants.

## PLAINTIFF CONVERDYN'S DESIGNATIONS OF EVIDENCE TO BE PRESENTED BY DEPOSITION

Plaintiff ConverDyn, by and through its undersigned attorneys, submits the following Designations of Evidence to be Presented by Deposition pursuant to REB Civ. Practice Standards III.F.1.a. for the trial set to begin January 14, 2008:

**Deposition Designation of James Neal Blue, August 2, 2007:**

| Start Page/Line | End Page/Line |
| --- | --- |
| 07:22 | 08:11 |
| 09:03 | 10:04 |
| 175:05 | 175:19 |
| 178:09 | 178:12 |
| 180:07 | 180:14 |
| 180:20 | 181:02 |
| 181:17 | 182:13 |
| 202:21 | 203:07 |
| 205:08 | 206:02 |
| 206:09 | 206:20 |

**Deposition Designation of David Christensen, July 26, 2007:**

| Start Page/Line | End Page/Line |
| --- | --- |
| 08:08 | 08:12 |
| 08:20 | 09:23 |
| 10:04 | 10:19 |
| 11:17 | 11:23 |
| 12:08 | 12:13 |
| 19:10 | 19:14 |
| 49:13 | 50:03 |
| 52:14 | 52:18 |
| 52:20 | 52:20 |
| 52:22 | 53:23 |
| 58:05 | 59:08 |
| 65:08 | 66:22 |
| 72:07 | 72:17 |
| 73:10 | 73:22 |
| 122:03 | 123:04 |
| 123:16 | 124:06 |
| 124:16 | 124:17 |
| 124:20 | 124:25 |
| 125:05 | 125:18 |
| 125:21 | 126:19 |
| 127:03 | 128:06 |
| 128:09 | 128:11 |
| 128:19 | 129:17 |
| 134:09 | 134:21 |
| 135:08 | 136:02 |
| 136:18 | 136:24 |
| 138:25 | 139:08 |
| 231:09 | 232:11 |
| 250:03 | 250:12 |
| 263:21 | 264:16 |
| 265:08 | 266:19 |

### Deposition Designation of Angelo Gaudio, July 12, 2007:

| Start Page/Line | End Page/Line |
|---|---|
| 05:13 | 05:19 |
| 26:20 | 27:25 |
| 29:12 | 29:24 |
| 130:17 | 131:11 |
| 147:23 | 149:19 |
| 244:18 | 245:05 |
| 245:08 | 245:19 |
| 266:06 | 267:04 |
| 348:13 | 349:13 |

### Deposition Designation of John Edward Jones, September 20, 2007:

| Start Page/Line | End Page/Line |
|---|---|
| 06:13 | 06:19 |
| 07:05 | 07:14 |
| 08:04 | 08:16 |
| 08:21 | 09:07 |
| 09:11 | 09:15 |
| 09:21 | 09:23 |
| 10:08 | 10:11 |
| 116:13 | 117:06 |
| 120:04 | 120:13 |
| 120:18 | 121:22 |
| 188:18 | 188:24 |
| 189:11 | 190:12 |

### Deposition Designation of Anthony Navarra, August 1, 2007:

| Start Page/Line | End Page/Line |
|---|---|
| 08:12 | 08:14 |
| 08:24 | 09:11 |
| 09:19 | 09:25 |
| 10:05 | 10:15 |
| 48:19 | 48:20 |
| 49:01 | 49:09 |
| 49:11 | 49:12 |
| 50:12 | 50:17 |
| 50:19 | 50:22 |

Respectfully submitted this 30th day of November, 2007.

                                              *s/ Frances Koncilja*
Terri L. Mascherin
Jeffrey A. Koppy
Michael A. Doornweerd
Jenner & Block, LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
tmascherin@jenner.com
jkoppy@jenner.com
mdoornweerd@jenner.com

Frances A. Koncilja
Melanie J. Snyder
Koncilja & Associates, P.C.
800 18th Street #300
Denver, CO 80202
Telephone: (303) 675-0900
Facsimile: (303) 675-0401
fkoncilja@koncilja.com
msnyder@koncilja.com
**Attorneys for Plaintiff ConverDyn**

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I served the above and foregoing **Plaintiff ConverDyn's Designations of Evidence to be Presented by Deposition** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Scott Barker
Jonathan Bender
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Post Office Box 8749
Denver, Colorado 80201-8749
sbarker@hollandhart.com
jsbender@hollandhart.com

**Attorneys for Defendants Heathgate Resources Pty, Ltd.,
General Atomic Technologies Corporation, and
Nuclear Fuels Corporation**

Greg Markel
Jason Halper
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-0006
gregory.markel@cwt.com
Jason.halper@cwt.com

**Attorneys for Defendants James Neal Blue, Heathgate Resources Pty, Ltd.,
General Atomic Technologies Corporation, and
Nuclear Fuels Corporation**

By: _s/ Elizabeth Leonard_