**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**


Civil Action No.  06-CV-00848-REB-CBS


CONVERDYN,

      Plaintiff,

v.

JAMES NEAL BLUE,
HEATHGATE RESOURCES PTY LTD,
GENERAL ATOMIC TECHNOLOGIES CORPORATION, and
NUCLEAR FUELS CORPORATION,

      Defendants.

_____

**DEFENDANTS' DESIGNATION OF DEPOSITION TESTIMONY**

_____


      Pursuant to Fed. R. Civ. P. 26(a)(3), Defendants James Neal Blue, Heathgate

Resources Pty Ltd, General Atomic Technologies Corporation and Nuclear Fuels

Corporation (collectively, "Defendants"), through its attorneys, Cadwalader, Wickersham

& Taft LLP and Holland & Hart LLP, submit the following designated testimony for use

at trial.  The testimony deemed admissible will be presented in court by videotape.

**ConverDyn v.**
**James Neal Blue, et al.**
**Civil Action No. 06-cv-00848-REBS-CBS**
**Defendants' Designation of Videotaped Deposition**
**of Ganpat Mani, taken October 23, 2007**

| From Page:Line | To Page:Line |
|---|---|
| 15:19 | 55:19 |
| 56:24 | 60:9 |
| 60:22 | 62:5 |
| 63:14 | 68:9 |
| 68:16 | 68:17 |
| 71:23 | 73:20 |
| 74:4 | 74:7 |
| 74:12 | 75:16 |
| 76:8 | 76:12 |
| 77:18 | 77:21 |
| 77:24 | 77:25 |
| 78:4 | 79:23 |
| 94:19 | 99:2 |
| 99:5 | 100:14 |
| 131:23 | 133:13 |
| 140:16 | 142:5 |

**ConverDyn v.**
**James Neal Blue, et al.**
**Civil Action No. 06-cv-00848-REBS-CBS**
**Defendants' Designation of Videotaped Deposition**
**of Phillip Gillespie, taken October 5, 2007**

| From Page:Line | To Page:Line |
|---|---|
| 6:2 | 6:11 |
| 8:6 | 22:2 |
| 38:17 | 41:7 |

| From Page:Line | To Page:Line |
|----------------|--------------|
| 47:12 | 48:12 |
| 48:24 | 70:9 |
| 71:7 | 82:17 |
| 102:11 | 102:25 |
| 104:15 | 105:5 |
| 109:15 | 110:21 |
| 115:23 | 117:10 |

**ConverDyn v.**
**James Neal Blue, et al.**
**Civil Action No. 06-cv-00848-REBS-CBS**
**Defendants' Designation of Videotaped Deposition**
**of Sandra Anadiotis, taken October 22, 2007**

| From Page:Line | To Page:Line |
|----------------|--------------|
| 8:6 | 8:8 |
| 12:15 | 13:18 |
| 14:25 | 15:22 |
| 17:10 | 18:2 |
| 18:10 | 19:6 |
| 19:20 | 19:24 |
| 22:11 | 22:17 |
| 22:23 | 23:3 |
| 23:10 | 23:12 |
| 23:14 | 23:15 |
| 23:20 | 23:21 |
| 23:25 | 24:12 |
| 24:15 | 24:22 |
| 25:21 | 25:23 |
| 26:3 | 27:7 |
| 28:22 | 29:2 |

| From Page:Line | To Page:Line |
|---|---|
| 29:4 | 30:6 |
| 30:25 | 31:4 |
| 31:18 | 32:11 |
| 33:11 | 33:25 |
| 34:5 | 34:25 |
| 35:6 | 35:15 |
| 35:23 | 38:7 |
| 38:25 | 39:12 |
| 40:24 | 41:9 |
| 41:19 | 42:9 |
| 43:9 | 44:3 |
| 46:24 | 47:22 |
| 48:11 | 48:16 |
| 49:6 | 49:22 |
| 50:20 | 51:3 |
| 51:12 | 53:7 |
| 54: 23 | 56:24 |
| 57:24 | 58:25 |
| 59:13 | 59:21 |
| 60:22 | 62:12 |
| 62:19 | 64:13 |
| 65:6 | 65:11 |
| 66:2 | 67:2 |
| 67:5 | 68:25 |
| 69:17 | 70:20 |
| 71:10 | 72:14 |
| 73:4 | 74:14 |
| 75:15 | 78:22 |
| 79:20 | 80:19 |

| From Page:Line | To Page:Line |
| --- | --- |
| 83:10 | 83:21 |
| 91:12 | 91:19 |
| 92:24 | 93:11 |
| 93:17 | 94:7 |
| 98:3 | 99:9 |
| 100:15 | 101:10 |
| 102:18 | 104:6 |
| 104:23 | 104:25 |
| 105:4 | 105:13 |
| 105:16 | 106:7 |
| 106:17 | 107:8 |
| 109:2 | 109:3 |
| 109:8 | 109:8 |
| 109:14 | 110:4 |
| 110:13 | 110:17 |
| 111:6 | 111:18 |
| 112:21 | 113:2 |
| 113:10 | 113:12 |
| 113:15 | 113:23 |
| 114:12 | 114:23 |
| 116:4 | 116:11 |
| 116:19 | 117:14 |
| 117:17 | 117:20 |
| 117:23 | 118:13 |
| 118:18 | 119:3 |
| 119:6 | 120:25 |
| 121:22 | 122:21 |
| 123:5 | 124:18 |
| 126:24 | 128:3 |

| From Page:Line | To Page:Line |
|----------------|--------------|
| 130:11 | 130:18 |
| 130:24 | 131:20 |
| 133:2 | 134:17 |
| 134:25 | 135:10 |
| 143:13 | 143:25 |
| 144:6 | 144:16 |
| 145:3 | 145:19 |
| 145:23 | 146:5 |
| 148:2 | 148:10 |
| 148:22 | 148:25 |
| 160:12 | 161:18 |
| 164:21 | 165:14 |
| 168:5 | 168:16 |
| 169:3 | 172:8 |
| 173:19 | 173:22 |
| 176:24 | 177:5 |
| 177:23 | 178:17 |
| 183:5 | 183:21 |
| 184:24 | 187:22 |
| 189:18 | 190:13 |

**General Atomics Energy Services, Inc. et al. v.
Honeywell International Inc. et al.
American Arbitration Association
AAA Case NO. 51 198Y 00592 05
Defendants' Designation of Videotaped Deposition
of Phillip Gillespie, taken June 27, 2006**

| From Page:Line | To Page:Line |
|----------------|--------------|
| 6:22 | 6:25 |

| From Page:Line | To Page:Line |
|---|---|
| 7:4 | 8:3 |
| 8:10 | 11:5 |
| 19:12 | 20:18 |
| 65:7 | 65:13 |
| 65:17 | 66:14 |

**ConverDyn v.**
**James Neal Blue, et al.**
**Civil Action No. 06-cv-00848-REBS-CBS**
**Defendants' Designation of Videotaped Deposition**
**of Richard Preziotti, taken November 2, 2007**

| From Page:Line | To Page:Line |
|---|---|
| 6:23 | 7:11 |
| 8:10 | 19:18 |
| 22:4 | 31:15 |
| 34:10 | 41:20 |
| 73:4 | 77:22 |
| 78:6 | 80:21 |
| 80:24 | 84:20 |
| 84:22 | 85:13 |
| 99:11 | 102:12 |
| 103:15 | 103:20 |

**ConverDyn v.**
**James Neal Blue, et al.**
**Civil Action No. 06-cv-00848-REBS-CBS**
**Defendants' Designation of Videotaped Deposition**
**of Harrison Hinkley Barker, taken October 2, 2007**

| From Page:Line | To Page:Line |
|---|---|
| 7:5 | 7:12 |
| 8:19 | 9:2 |

| From Page:Line | To Page:Line |
| --- | --- |
| 9:12 | 9:19 |
| 9:23 | 11:7 |
| 12:11 | 13:1 |
| 13:15 | 13:24 |
| 15:20 | 16:10 |
| 18:3 | 19:10 |
| 20:2 | 21:7 |
| 22:8 | 22:12 |
| 23:13 | 24:14 |
| 25:1 | 26:16 |
| 27:1 | 27:10 |
| 27:20 | 28:12 |
| 28:17 | 28:19 |
| 28:21 | 29:10 |
| 32:24 | 34:10 |
| 34:12 | 35:5 |
| 36:1 | 36:23 |
| 41:3 | 41:14 |
| 41:16 | 42:15 |
| 42:22 | 43:20 |
| 43:25 | 44:3 |
| 44:5 | 44:24 |
| 45:19 | 45:25 |
| 47:8 | 47:20 |
| 48:6 | 50:10 |
| 50:18 | 50:25 |
| 51:7 | 51:12 |
| 51:18 | 54:20 |
| 55:1 | 56:16 |

| From Page:Line | To Page:Line |
|:---:|:---:|
| 56:22 | 58:17 |
| 62:11 | 64:22 |
| 66:12 | 66:19 |
| 69:24 | 70:4 |
| 70:16 | 71:1 |
| 71:7 | 72:8 |
| 72:10 | 73:6 |
| 73:9 | 73:12 |
| 73:18 | 74:7 |
| 76:16 | 76:24 |
| 78:1 | 78:6 |
| 78:11 | 78:14 |
| 79:18 | 80:5 |
| 81:5 | 81:17 |
| 82:13 | 82:17 |
| 82:23 | 84:3 |
| 84:9 | 85:10 |
| 86:9 | 86:14 |
| 90:19 | 91:1 |
| 91:10 | 93:7 |
| 101:4 | 101:7 |
| 107:14 | 107:20 |
| 107:25 | 108:11 |
| 108:16 | 110:10 |
| 110:14 | 110:21 |
| 110:23 | 111:6 |

**ConverDyn v.**
**James Neal Blue, et al.**
**Civil Action No. 06-cv-00848-REBS-CBS**

**Defendants' Designation of Videotaped Deposition
of Kenneth Brown, taken October 2, 2007**

| From Page:Line | To Page:Line |
|:---:|:---:|
| 5:5 | 5:6 |
| 5:21 | 6:5 |
| 7:20 | 8:6 |
| 8:10 | 8:13 |
| 9:1 | 9:4 |
| 9:12 | 11:8 |
| 11:11 | 12:3 |
| 13:1 | 13:4 |
| 13:21 | 14:10 |
| 14:14 | 14:10 |
| 16:1 | 16:13 |
| 17:7 | 18:10 |
| 18:20 | 19:16 |
| 19:20 | 19:20 |
| 20:8 | 20:14 |
| 20:17 | 20:17 |

**Exelon Generation Company LLC v.
Nuclear Fuels Corporation
06-CV-5515
Defendants' Designation of Videotaped Deposition
of Susan F. Speight, taken July 19, 2007**

| From Page:Line | To Page:Line |
|:---:|:---:|
| 12:3 | 12:5 |
| 17:25 | 18:7 |
| 18:15 | 19:5 |
| 19:13 | 19:16 |
| 19:24 | 20:9 |

| From Page:Line | To Page:Line |
|----------------|--------------|
| 20:16 | 20:25 |
| 23:22 | 24:3 |
| 26:25 | 27:16 |
| 28:9 | 29:12 |
| 29:19 | 30:12 |
| 34:16 | 36:10 |
| 37:7 | 37:13 |
| 38:18 | 39:14 |
| 39:21 | 40:13 |
| 40:25 | 41:12 |
| 43:21 | 44:20 |
| 45:22 | 46:3 |
| 47:9 | 47:25 |
| 55:16 | 57:16 |
| 62:8 | 64:25 |
| 65:7 | 66:16 |
| 66:18 | 67:23 |
| 73:25 | 74:3 |
| 74:16 | 74:21 |
| 76:14 | 77:14 |
| 77:17 | 78:15 |
| 81:3 | 81:15 |
| 87:9 | 88:2 |
| 88:8 | 88:12 |
| 88:15 | 88:20 |
| 93:4 | 94:4 |
| 102:17 | 102:21 |
| 103:2 | 103:13 |
| 103:22 | 104:17 |

| From Page:Line | To Page:Line |
|---|---|
| 104:20 | 105:13 |
| 114:23 | 115:7 |
| 117:3 | 117:12 |
| 119:25 | 120:12 |
| 120:18 | 121:11 |
| 121:23 | 122:22 |
| 123:4 | 125:19 |
| 125:21 | 127:14 |
| 127:16 | 128:13 |
| 128:15 | 129:20 |
| 129:22 | 130:19 |
| 132:11 | 133:10 |
| 133:20 | 134:5 |
| 134:11 | 135:2 |
| 135:9 | 135:10 |
| 135:12 | 135:12 |
| 135:14 | 135:25 |
| 136:2 | 137:17 |
| 137:19 | 137:22 |
| 137:24 | 138:6 |
| 139:11 | 139:20 |
| 139:25 | 140:7 |
| 140:10 | 140:23 |
| 141:2 | 141:11 |
| 141:13 | 141:13 |
| 142:10 | 142:25 |
| 144:15 | 144:20 |
| 145:16 | 145:21 |
| 146:23 | 146:24 |

| From Page:Line | To Page:Line |
|---|---|
| 147:1 | 147:4 |
| 151:5 | 152:9 |
| 153:19 | 154:23 |
| 154:25 | 154:25 |
| 156:22 | 157:24 |
| 158:16 | 158:20 |
| 158:23 | 160:21 |
| 161:3 | 161:7 |
| 164:12 | 164:14 |
| 164:18 | 165:17 |
| 166:21 | 167:2 |
| 167:17 | 169:17 |
| 170:17 | 171:2 |
| 171:23 | 173:9 |
| 174:1 | 174:7 |
| 174:13 | 175:18 |
| 179:22 | 182:2 |
| 184:8 | 184:11 |
| 184:17 | 184:22 |
| 184:24 | 185:10 |
| 186:4 | 187:25 |
| 189:6 | 190:15 |
| 190:17 | 190:21 |
| 190:23 | 192:14 |
| 192:20 | 192:22 |
| 193:5 | 194:1 |
| 195:14 | 196:14 |
| 201:8 | 201:13 |
| 201:16 | 201:19 |

| From Page:Line | To Page:Line |
| --- | --- |
| 202:4 | 202:14 |
| 202:16 | 202:16 |
| 203:4 | 203:24 |
| 213:1 | 213:20 |
| 215:8 | 219:18 |
| 226:22 | 227:8 |
| 227:24 | 228:25 |
| 230:6 | 230:21 |
| 231:19 | 232:12 |
| 237:6 | 237:8 |
| 238:15 | 238:23 |
| 243:10 | 243:19 |
| 244:11 | 245:3 |

**Exelon Generation Company LLC v.
Nuclear Fuels Corporation
06-CV-5515
Defendants' Designation of Videotaped Deposition
of Christopher Frankland, taken August 22, 2007**

| From Page:Line | To Page:Line |
| --- | --- |
| 9:13 | 9:25 |
| 14:10 | 14:24 |
| 15:4 | 15:12 |
| 15:23 | 16:6 |
| 18:13 | 19:2 |
| 20:3 | 20:7 |
| 37:2 | 37:12 |
| 37:23 | 38:16 |
| 40:20 | 41:20 |
| 42:18 | 42:22 |

| From Page:Line | To Page:Line |
| --- | --- |
| 66:3 | 66:17 |
| 66:19 | 66:21 |
| 66:23 | 66:23 |

**ConverDyn v.**
**James Neal Blue, et al.**
**Civil Action No. 06-cv-00848-REBS-CBS**
**Defendants' Designation of Videotaped Deposition**
**of Christopher Frankland, taken August 22, 2007**

| From Page:Line | To Page:Line |
| --- | --- |
| 6:1 | 6:2 |
| 9:10 | 9:21 |
| 10:7 | 10:15 |
| 11:2 | 11:6 |
| 11:12 | 11:23 |
| 13:23 | 14:1 |
| 14:8 | 16:3 |
| 16:24 | 17:22 |
| 18:4 | 20:16 |
| 21:12 | 21:14 |
| 21:21 | 22:22 |
| 23:17 | 23:20 |
| 23:24 | 24:5 |
| 24:23 | 25:13 |
| 27:6 | 27:17 |
| 28:5 | 28:13 |
| 29:1 | 29:16 |
| 46:4 | 46:25 |
| 47:11 | 52:8 |
| 54:6 | 54:10 |

| From Page:Line | To Page:Line |
|:---:|:---:|
| 57:12 | 57:24 |
| 60:13 | 60:20 |
| 66:1 | 66:6 |
| 66:14 | 68:23 |
| 69:18 | 70:1 |
| 70:17 | 70:21 |
| 70:25 | 72:13 |
| 74:4 | 74:24 |
| 75:14 | 75:22 |
| 81:10 | 81:19 |
| 82:13 | 83:20 |
| 84:7 | 85:10 |

**ConverDyn v.**
**James Neal Blue, et al.**
**Civil Action No. 06-cv-00848-REBS-CBS**
**Defendants' Designation of Videotaped Deposition**
**of James J. Graham, taken May 8, 2007**

| From Page:Line | To Page:Line |
|:---:|:---:|
| 7:10 | 7:23 |
| 15:4 | 15:14 |
| 15:20 | 15:20 |
| 16:3 | 17:16 |
| 19:17 | 19:25 |
| 59:24 | 60:23 |
| 65:18 | 68:21 |
| 69:4 | 70:8 |
| 71:5 | 71:18 |
| 72:9 | 73:15 |
| 74:13 | 78:15 |

| From Page:Line | To Page:Line |
|----------------|--------------|
| 82:4 | 82:6 |
| 82:8 | 83:6 |
| 84:8 | 89:10 |
| 89:21 | 89:25 |
| 90:11 | 90:16 |
| 91:5 | 91:9 |
| 91:18 | 91:20 |
| 91:23 | 92:5 |
| 92:10 | 93:3 |
| 93:9 | 94:13 |
| 97:10 | 99:20 |
| 100:14 | 100:21 |
| 101:5 | 101:15 |
| 101:25 | 101:25 |
| 109:4 | 111:1 |
| 111:22 | 113:5 |
| 113:21 | 114:9 |
| 114:21 | 114:25 |
| 115:4 | 115:7 |
| 115:12 | 115:20 |
| 118:18 | 122:3 |
| 124:15 | 124:21 |
| 125:4 | 126:18 |
| 126:23 | 128:14 |
| 129:1 | 130:1 |
| 131:25 | 132:7 |
| 132:25 | 133:10 |
| 134:8 | 134:14 |
| 141:19 | 143:2 |

| From Page:Line | To Page:Line |
|:---:|:---:|
| 153:16 | 154:3 |
| 155:2 | 155:8 |
| 160:3 | 160:6 |
| 160:11 | 161:6 |
| 161:8 | 162:1 |
| 162:9 | 164:4 |
| 164:6 | 164:8 |
| 164:12 | 164:23 |
| 166:24 | 168:1 |
| 169:20 | 170:5 |
| 172:12 | 174:3 |
| 174:20 | 176:22 |
| 177:19 | 179:12 |
| 180:10 | 181:7 |
| 181:13 | 181:16 |
| 181:23 | 181:25 |
| 182:4 | 182:15 |
| 185:17 | 186:10 |
| 186:21 | 187:9 |
| 187:14 | 188:11 |
| 189:14 | 189:17 |
| 189:19 | 189:25 |
| 190:9 | 190:12 |
| 191:5 | 191:11 |
| 192:16 | 193:2 |
| 193:17 | 193:20 |
| 200:22 | 201:8 |
| 201:16 | 203:1 |
| 203:4 | 203:6 |

| From Page:Line | To Page:Line |
|----------------|--------------|
| 203:18 | 204:16 |
| 205:8 | 206:23 |
| 207:2 | 207:21 |
| 209:14 | 209:19 |
| 212:3 | 212:7 |
| 212:15 | 213:13 |
| 214:12 | 214:22 |
| 217:13 | 218:5 |
| 220:20 | 222:19 |
| 224:3 | 225:12 |
| 229:19 | 229:25 |
| 233:17 | 234:7 |
| 234:11 | 234:18 |
| 239:7 | 239:11 |
| 240:15 | 240:19 |

**ConverDyn v.**
**James Neal Blue, et al.**
**Civil Action No. 06-cv-00848-REBS-CBS**
**Defendants' Designation of Videotaped Deposition**
**of Robert Scott Lumadue, taken May 9, 2007**

| From Page:Line | To Page:Line |
|----------------|--------------|
| 8:3 | 8:5 |
| 9:14 | 9:22 |
| 9:25 | 10:19 |
| 13:2 | 13:6 |
| 13:11 | 13:12 |
| 16:8 | 16:25 |
| 22:11 | 22:15 |
| 22:18 | 23:17 |

| From Page:Line | To Page:Line |
|:---:|:---:|
| 24:7 | 25:19 |
| 26:9 | 27:11 |
| 27:17 | 28:15 |
| 28:18 | 29:10 |
| 29:18 | 29:19 |
| 29:22 | 30:2 |
| 30:16 | 30:19 |
| 30:22 | 31:7 |
| 31:9 | 33:13 |
| 37:6 | 40:3 |
| 40:5 | 41:11 |
| 41:23 | 42:10 |
| 42:20 | 44:6 |
| 44:10 | 44:17 |
| 44:21 | 45:2 |
| 45:12 | 45:18 |
| 47:13 | 48:20 |
| 49:4 | 50:12 |
| 51:5 | 51:12 |
| 52:10 | 53:2 |
| 53:21 | 54:12 |
| 54:16 | 57:17 |
| 58:5 | 60:23 |
| 61:8 | 62:18 |
| 62:24 | 63:6 |
| 63:11 | 66:7 |
| 71:25 | 74:8 |
| 75:13 | 80:11 |
| 80:25 | 82:19 |

| From Page:Line | To Page:Line |
| --- | --- |
| 83:5 | 83:10 |
| 83:16 | 84:13 |
| 84:22 | 86:14 |
| 86:22 | 88:3 |
| 88:9 | 89:16 |
| 89:23 | 90:10 |
| 90:13 | 93:5 |
| 93:15 | 101:13 |
| 101:23 | 102:1 |
| 102:17 | 104:14 |
| 104:19 | 105:15 |
| 105:20 | 106:10 |
| 106:24 | 107:23 |
| 108:1 | 109:1 |
| 109:4 | 109:17 |
| 109:20 | 112:8 |
| 112:12 | 113:20 |
| 114:2 | 115:1 |
| 115:8 | 117:8 |
| 117:20 | 118:3 |
| 118:8 | 118:13 |
| 119:1 | 119:19 |
| 120:18 | 121:6 |
| 121:14 | 122:21 |
| 123:1 | 123:12 |
| 123:16 | 123:25 |
| 124:18 | 125:5 |
| 125:25 | 126:3 |
| 126:14 | 127:2 |

| From Page:Line | To Page:Line |
|:---:|:---:|
| 128:16 | 129:10 |
| 129:25 | 133:16 |
| 134:1 | 135:7 |
| 135:10 | 136:5 |
| 137:16 | 137:19 |
| 138:5 | 139:11 |
| 139:19 | 140:8 |
| 140:20 | 142:18 |
| 143:3 | 143:6 |
| 143:16 | 145:3 |
| 145:11 | 146:23 |
| 147:9 | 148:10 |
| 148:13 | 148:20 |
| 148:23 | 150:8 |
| 150:25 | 151:19 |
| 151:21 | 151:21 |
| 151:25 | 152:21 |
| 153:14 | 155:21 |
| 156:2 | 156:20 |
| 157:8 | 157:24 |
| 159:17 | 160:7 |
| 160:21 | 161:20 |
| 161:24 | 162:17 |
| 162:20 | 163:9 |
| 164:7 | 164:12 |
| 164:16 | 164:16 |
| 165:1 | 166:9 |
| 168:12 | 169:3 |

**Exelon Generation Company LLC v.
Nuclear Fuels Corporation
06-CV-5515
Defendants' Designation of Videotaped Deposition
of Lawrence G. Davis, taken July 18, 2007**

| From Page:Line | To Page:Line |
|:---:|:---:|
| 14:20 | 17:10 |
| 17:21 | 18:7 |
| 18:11 | 26:22 |
| 36:8 | 42:5 |
| 42:13 | 45:18 |
| 47:9 | 48:1 |
| 48:14 | 48:23 |
| 54:22 | 56:5 |
| 70:23 | 72:25 |
| 74:13 | 75:9 |
| 80:16 | 80:20 |
| 82:22 | 83:16 |
| 89:2 | 92:10 |
| 95:1 | 95:16 |
| 96:22 | 98:5 |
| 101:16 | 101:24 |
| 102:1 | 107:15 |
| 117:19 | 120:4 |
| 121:16 | 121:22 |
| 124:23 | 125:7 |
| 128:7 | 129:3 |
| 129:8 | 130:6 |
| 150:23 | 151:12 |
| 164:14 | 166:3 |
| 171:18 | 175:5 |

| From Page:Line | To Page:Line |
|----------------|--------------|
| 175:8 | 176:23 |
| 183:10 | 184:18 |
| 192:15 | 193:20 |
| 194:13 | 196:24 |
| 197:21 | 202:14 |
| 203:20 | 204:25 |
| 208:11 | 211:5 |
| 213:24 | 218:15 |

**Exelon Generation Company LLC v.
Nuclear Fuels Corporation
06-CV-5515
Defendants' Designation of Videotaped Deposition
of James J. Graham, taken July 18, 2007**

| From Page:Line | To Page:Line |
|----------------|--------------|
| 10:11 | 10:11 |
| 10:17 | 10:21 |
| 11:20 | 12:4 |
| 12:12 | 12:17 |
| 13:10 | 13:19 |
| 28:14 | 28:18 |
| 80:21 | 81:8 |
| 113:4 | 114:13 |
| 115:18 | 117:11 |
| 117:22 | 118:2 |
| 122:11 | 126:14 |
| 127:11 | 128:19 |
| 129:6 | 129:15 |
| 130:11 | 130:18 |
| 131:4 | 132:22 |

| From Page:Line | To Page:Line |
|:---:|:---:|
| 133:21 | 133:23 |
| 133:25 | 134:19 |
| 134:23 | 135:21 |
| 138:13 | 140:18 |
| 141:6 | 141:18 |
| 142:5 | 143:25 |
| 144:3 | 144:5 |
| 144:12 | 145:9 |
| 145:16 | 146:3 |
| 147:24 | 148:3 |
| 149:6 | 149:8 |
| 149:14 | 150:10 |
| 150:21 | 150:25 |
| 151:9 | 151:18 |
| 151:20 | 151:21 |
| 152:2 | 153:4 |
| 153:22 | 155:11 |
| 155:23 | 156:14 |
| 156:19 | 157:25 |
| 158:12 | 159:2 |
| 159:16 | 164:5 |
| 165:4 | 166:4 |
| 166:24 | 168:16 |
| 169:16 | 170:17 |
| 171:3 | 171:10 |
| 171:24 | 173:5 |
| 173:14 | 175:11 |
| 180:2 | 181:20 |
| 190:8 | 190:24 |

| From Page:Line | To Page:Line |
| --- | --- |
| 191:1 | 192:23 |
| 195:13 | 195:24 |
| 196:4 | 196:22 |
| 197:11 | 199:7 |
| 202:25 | 204:10 |

**Exelon Generation Company LLC v.**
**Nuclear Fuels Corporation**
**06-CV-5515**
**Defendants' Designation of Videotaped Deposition**
**of Robert Scott Lumadue, taken August 21, 2007**

| From Page:Line | To Page:Line |
| --- | --- |
| 8:12 | 8:14 |
| 13:11 | 13:14 |
| 13:17 | 14:7 |
| 16:15 | 17:4 |
| 17:8 | 17:9 |
| 17:17 | 18:3 |
| 19:15 | 19:23 |
| 21:12 | 21:16 |
| 21:22 | 23:3 |
| 31:24 | 32:3 |
| 34:15 | 34:24 |
| 35:25 | 36:6 |
| 40:20 | 41:14 |
| 41:20 | 43:22 |
| 44:5 | 44:8 |
| 45:5 | 46:18 |
| 47:4 | 50:10 |
| 50:13 | 54:13 |

| From Page:Line | To Page:Line |
| --- | --- |
| 54:21 | 55:2 |
| 55:12 | 56:6 |
| 56:12 | 57:21 |
| 58:2 | 60:18 |
| 60:25 | 62:13 |
| 63:5 | 64:12 |
| 69:9 | 69:14 |
| 74:3 | 74:16 |

**General Atomics Energy Services, Inc. et al. v.
Honeywell International Inc. et al.
American Arbitration Association
AAA Case NO. 51 198Y 00592 05
Defendants' Designation of
Max Kemp, taken July 20, 2006**

| From Page:Line | To Page:Line |
| --- | --- |
| 8:15 | 8:16 |
| 19:8 | 19:11 |
| 20:2 | 20:4 |
| 22:2 | 22:3 |
| 99:21 | 101:7 |
| 101:13 | 101:24 |
| 212:13 | 212:14 |
| 217:13 | 218:7 |
| 218:11 | 218:15 |
| 222:6 | 224:6 |

| From Page:Line | To Page:Line |
| --- | --- |
| 225:8 | 226:10 |

**General Atomics Energy Services, Inc. et al. v.
Honeywell International Inc. et al.
American Arbitration Association
AAA Case NO. 51 198Y 00592 05
Defendants' Designation of
James Graham, taken June 19, 2006**

| From Page:Line | To Page:Line |
| --- | --- |
| 12:4 | 12:24 |
| 22:22 | 24:4 |
| 25:14 | 26:4 |
| 27:16 | 27:21 |
| 27:24 | 28:21 |
| 31:2 | 31:22 |
| 75:6 | 76:16 |
| 80:19 | 82:5 |
| 83:3 | 83:15 |
| 91:14 | 91:18 |
| 91:22 | 93:6 |
| 94:12 | 95:25 |
| 100:2 | 100:22 |
| 105:7 | 106:22 |
| 181:21 | 182:2 |
| 182:9 | 182:12 |

| From Page:Line | To Page:Line |
|---|---|
| 190:11 | 191:22 |
| 203:23 | 204:5 |

Dated:  November 30, 2007.

Respectfully submitted,


s/  *Jason M. Halper*

Gregory A. Markel
Jason M. Halper
CADWALADER, WICKERSHAM & TAFT, LLP
One World Financial Center
New York, NY 10280
Telephone: 212.504.6000
Facsimile: 212.504.6666
greg.markel@cwt.com
jason.halper@cwt.com

AND

Scott Barker
Holly Stein Sollod
Jonathan S. Bender
HOLLAND AND HART LLP
555 Seventeenth Street, Suite 3200
Post Office Box 8749
Denver, Colorado  80201-8749
Phone:  (303) 295-8000
Fax:  (303) 295-8261
sbarker@hollandhart.com
hsteinsollod@hollandhart.com
jsbender@hollandhart.com


Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I electronically filed the above and foregoing Defendants' Designation of Deposition Testimony with the Clerk of Court using CM/ECF system which will send notification of such filing to the following email and mailing addresses:

Terri Mascherin, Esq.
Jeff Koppy, Esq.
Mike Doornweerd, Esq.
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
TMascherin@jenner.com

Frances Koncilja, Esq.
Koncilja & Associates, P.C.
800 18th Street, Suite 300
Denver, CO 80202
FKoncilja@koncilja.com

Paul Olszowka, Esq.
Wildman, Harrold, Allen & Dixon, LLP
225 West Wacker Drive
Chicago, IL 60606-1229
Olszowka@wildmanharrold.com

Scott Barker, Esq.
Holly Stein Sollod, Esq.
Jonathan Bender, Esq.
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
sbarker@hollandhart.com

By: _____ *Heather Fesnak* _____