# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 06-cv-00848-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: December 7, 2007 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| CONVERDYN, | Frances A. Koncilja |
| | Michael A. Doornweerd |
| **Plaintiff,** | Terri L. Mascherin, via telephone |
| v. | |
| HEATHGATE RESOURCES PTY., LTD., *et al.*, | Scott S. Barker |
| | Jason M. Halper, via telephone |
| **Defendants.** | |

_____

## COURTROOM MINUTES/MINUTE ORDER
_____

**HEARING: FINAL PRETRIAL CONFERENCE**
**Court in Session:** 11:38 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** Plaintiff Converdyn's Unopposed Motion for Issuance of a Letter of Request [filed December 5, 2007; doc. 258] is granted.

**ORDERED:** Plaintiff Converdyn's Combined Motion and Brief in Support of Leave to Amend Complaint to Add Claims for Exemplary Damages [filed November 16, 2007; doc. 233] is granted for the reasons stated on the record. Plaintiff's Additional Claims for Relief to Plaintiff's Second Amended Complaint and Jury Demand [attached as Exhibit 1 to document 230 (230-2)] is deemed filed on this date.

**ORDERED:** The Final Pretrial Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in Recess:** 12:15 p.m.
Total In-Court Time: 00:37