IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00848-REB-CBS

CONVERDYN,

    Plaintiff,

v.

JAMES NEAL BLUE,
HEATHGATE RESOURCES PTY., LTD.,
GENERAL ATOMIC TECHNOLOGIES CORPORATION, AND
NUCLEAR FUELS CORPORATION,

    Defendants.

## ORDER GRANTING PLAINTIFF CONVERDYN'S UNOPPOSED MOTION FOR ISSUANCE OF A LETTER OF REQUEST

THIS MATTER having come before the Court on Plaintiff ConverDyn's Unopposed Motion for Issuance of a Letter of Request, the Court being fully advised in the premises, it is hereby ORDERED:

This Court will execute and transmit the attached Letter of Request to the Secretary of the Australian Attorney General's Office and solicit expedited execution of this Letter of Request given the impending trial date of January 14, 2008 in this case.

SO ORDERED this ___ day of _____, 2007.

BY THE COURT:

Craig B. Shaffer
United States Magistrate Judge

1