UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 06-CV-00848-REB-CBS

CONVERDYN,

    Plaintiff,

v.

JAMES NEAL BLUE,
HEATHGATE RESOURCES PTY LTD,
GENERAL ATOMIC TECHNOLOGIES CORPORATION, and
NUCLEAR FUELS CORPORATION,

    Defendants.

_____

**DEFENDANTS' COUNTER-DESIGNATION OF DEPOSITION TESTIMONY**

_____

Pursuant to Fed. R. Civ. P. 26(a)(3), Defendants James Neal Blue, Heathgate Resources Pty Ltd, General Atomic Technologies Corporation and Nuclear Fuels Corporation (collectively, "Defendants"), through its attorneys, Cadwalader, Wickersham & Taft LLP and Holland & Hart LLP, submit the following counter-designation of deposition testimony for use at trial. The testimony deemed admissible will be presented in court by videotape.

ConverDyn v.
James Neal Blue, et al.
Civil Action No. 06-cv-00848-REBS-CBS
Defendants' Counter-Designation of Videotaped Deposition
of James Neal Blue, taken August 2, 2007

| From Page:Line | To Page:Line |
| --- | --- |
| 10:5 | 10:17 |
| 177:25 | 178:8 |
| 181:3 | 181:10 |

ConverDyn v.
James Neal Blue, et al.
Civil Action No. 06-cv-00848-REBS-CBS
Defendants' Counter-Designation of Videotaped Deposition
of David Christensen, taken July 26, 2007

| From Page:Line | To Page:Line |
| --- | --- |
| 73:23 | 74:10 |
| 124:18 | 124:19 |
| 125:19 | 125:20 |
| 128:7 | 128:8 |
| 136:3 | 136:17 |
| 136:25 | 137:11 |
| 233:14 | 234:5 |

ConverDyn v.
James Neal Blue, et al.
Civil Action No. 06-cv-00848-REBS-CBS
Defendants' Counter-Designation of Videotaped Deposition
of Angelo Gaudio, taken July 12, 2007

| From Page:Line | To Page:Line |
| --- | --- |
| 28:2 | 29:6 |
| 245:21 | 246:5 |

**ConverDyn v.**
**James Neal Blue, et al.**
**Civil Action No. 06-cv-00848-REBS-CBS**
**Defendants' Counter-Designation of Videotaped Deposition**
**of John E. Jones, taken September 20, 2007**

| From Page:Line | To Page:Line |
|---|---|
| 190:19 | 190:21 |

**ConverDyn v.**
**James Neal Blue, et al.**
**Civil Action No. 06-cv-00848-REBS-CBS**
**Defendants' Counter-Designation of Videotaped Deposition**
**of Anthony G. Navarra, taken August 1, 2007**

| From Page:Line | To Page:Line |
|---|---|
| 48:24 | 48:25 |
| 49:10 | 49:10 |
| 49:14 | 50:11 |

Dated: December 20, 2007.

Respectfully submitted,

s/ *Jason M. Halper*
Gregory A. Markel
Jason M. Halper
CADWALADER, WICKERSHAM & TAFT, LLP
One World Financial Center
New York, NY 10280
Telephone: 212.504.6000
Facsimile: 212.504.6666
greg.markel@cwt.com
jason.halper@cwt.com

AND

Scott Barker
Holly Stein Sollod
Jonathan S. Bender
HOLLAND AND HART LLP
555 Seventeenth Street, Suite 3200
Post Office Box 8749
Denver, Colorado 80201-8749
Phone: (303) 295-8000
Fax: (303) 295-8261
sbarker@hollandhart.com
hsteinsollod@hollandhart.com
jsbender@hollandhart.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I electronically filed the above and foregoing Defendants' Counter-Designation of Deposition Testimony with the Clerk of Court using CM/ECF system which will send notification of such filing to the following email and mailing addresses:

Terri Mascherin, Esq.
Jeff Koppy, Esq.
Mike Doornweerd, Esq.
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
TMascherin@jenner.com


Frances Koncilja, Esq.
Koncilja & Associates, P.C.
800 18th Street, Suite 300
Denver, CO 80202
FKoncilja@koncilja.com


Paul Olszowka, Esq.
Wildman, Harrold, Allen & Dixon, LLP
225 West Wacker Drive
Chicago, IL 60606-1229
Olszowka@wildmanharrold.com


Scott Barker, Esq.
Holly Stein Sollod, Esq.
Jonathan Bender, Esq.
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
sbarker@hollandhart.com

By: _____*Heather Fesnak*_____