**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**


Civil Case No. 06-cv-00848-REB-CBS

CONVERDYN,

      Plaintiff,

v.

JAMES NEAL BLUE,
HEATHGATE RESOURCES PTY, LTD,
GENERAL ATOMIC TECHNOLOGIES CORPORATION, and
NUCLEAR FUELS CORPORATION,

      Defendants.

---

**MINUTE  ORDER[1]**

---

The matter comes before the court on **Plaintiff Converdyn's Unopposed Motion Regarding the Use of Audio/Video Equipment at Trial** [#311], filed January 4, 2008.  Having determined that the items specified and enumerated in the motion are reasonably necessary for trial and that they do not present an unreasonable threat to security,

      **IT IS ORDERED** as follows:

      1.  That **Plaintiff Converdyn's Unopposed Motion Regarding the Use of Audio/Video Equipment at Trial** [#311], filed January 4, 2008, is **GRANTED** in part;

      2. That to the extent available and operable, plaintiff may access and use the audio-video equipment identified in the motion at page 2, ¶ 5., under the rubric of "**II. Court Provided Equipment**";

      3.  That for the limited and specific purposes of trial, counsel for plaintiff Converdyn **ARE AUTHORIZED** to use within the Alfred A. Arraj, United States Courthouse in courtroom A701 the following items with which they may enter and exit

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

the courthouse:

- Presentation Laptop and Barcode Gun (with accessories, such as Mice, etc.);
- Multimedia Consultant Laptop (with accessories, such as Mice, etc.);
- High Resolution Projector;
- Projector Stand;
- Large Projection Screen;
- Set of BOSE Speakers;
- 4-Way Switching Device (as a back-up for switching between counsel's presentations); and
- Various Cables, Cords; and

4. That a copy of this order shall be served on or provided to the following:

- The Honorable Edward W. Nottingham, Chief Judge
- Ed Zahren, U.S. Marshal, District of Colorado
- Rod Robinson, Judicial Security Inspector, District of Colorado
- Keith Jefferson, Court Security Officer Supervisor for the Alfred A. Arraj United States Courthouse

Dated: January 9, 2008