**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00848-REB-CBS

CONVERDYN,

      Plaintiff,

v.

HEATHGATE RESOURCES PTY, LTD,
GENERAL ATOMIC TECHNOLOGIES CORPORATION, and
NUCLEAR FUELS CORPORATION,

      Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter before me is the **Stipulation of Dismissal With Prejudice** [#327], filed

January 11, 2008.  After careful review of the stipulation and the file, the court has concluded

that the stipulation should be approved and that this action should be dismissed with

prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal With Prejudice** [#327], filed January 11, 2008,

is **APPROVED**;

      2.  That the jury trial set to commence January 14, 2008, is **VACATED**;

      3.  That any pending motion is **DENIED** as moot; and

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own

attorney fees and costs.

      Dated January 11, 2008, at Denver, Colorado.

                                     **BY THE COURT:**

                                     **s/ Robert E. Blackburn**
                                     **Robert E. Blackburn**
                                     **United States District Judge**